**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DENISON JOHAN RAMIREZ CASTELLANO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN DIAMONDBACK CORRECTIONAL FACILITY,<br><br>Respondents. | ) | Case No. CIV-26-2821-J |

**ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 challenging his detention with Immigration and Customs Enforcement. [Doc. No. 1]. While the case was proceeding, Petitioner voluntarily departed from the United States. [Doc. No. 12]. Under such circumstances, the Court DISMISSES the Petition as MOOT.

IT IS SO ORDERED this 26th day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE